UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-20679-CIV-WILLIAMS

GENESIS TAN,

    Plaintiff,

v.

SUSHI YAMA JAPANESE
RESTAURANT, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 24) on Plaintiff's Renewed Motion for Final Default Judgment (DE 22). Plaintiff filed no objections to the Report.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 24) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Default Judgment against Defendant Mutsuhiku Yuhara is **DENIED** without prejudice pending final disposition of the claims presented against the Non-Defaulted Defendants.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27th day of October, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE